UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE WILLIAMS,

                Plaintiff,

    - against -

ANDREW SAUL,

                Defendant.

20-cv-3215 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff may reply to the defendant's February 14, 2023 letter by **Tuesday, February 21, 2023**. Absent a reply from the plaintiff, the Court will decide the motion for attorney's fees, ECF No. 23, on the current papers.

SO ORDERED.

Dated:    New York, New York
           February 14, 2023

                                       John G. Koeltl
                                United States District Judge