IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

Denise Williams,  )
  )
      Plaintiff,  )
  )
v.  ) CIVIL ACTION NO. 1:20-CV-03215-JGK
  )
Kilolo Kijakazi,  )
Acting Commissioner of Social Security,  )
  )
      Defendant.  )

## ORDER

AND NOW, this _18_ day of ~~February~~ May 2023, it is hereby ORDERED that Plaintiff's Motion for an Award of Attorney Fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Counsel is awarded attorney fees in the amount of $16,068.25.

Upon payment of the above fees to Counsel Fishman's office, Counsel Fishman is ORDERED to refund the EAJA fees of $4,657.50 to Plaintiff directly.

BY THE COURT:

5/18/23    _John G. Koeltz_
      U.S.D.J.

The Clerk is directed to close Docket No. 23.
So ordered.
      _John G. Koeltz_
5/18/23   U.S.D.J.